IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
__WESTERN__ DIVISION

Ada Yvette Davis          )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 5:21-CV-205-M
(To be assigned
by the Clerk of
District Court)

vs.

Wells Fargo Auto          )
_____ )
_____ )
_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

1. Plaintiff resides at 2230 Valley Edge Dr Raleigh NC 27614 Unit 102

2. Defendant(s) name(s): Wells Farg Auto - Wells Fargo CEO + Daniel Boozer, mgr and additional managers and supervisors.

1

Location of principal office(s) of the named defendant(s):

1100 Coporate Center Dr. Raleigh NC

Nature of defendant(s) business: Banking - Auto Lender

Approximate number of individuals employed by defendant:

over 2000

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _____ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) ✓ Other acts as specified below:

While employed at Wells Fargo auto I have experienced several incidents of racial discrimination from managers who have made racial remarks in my presence and others about African American people/employees. The racial comments has caused black people to be working in a hostile environment where you are made to feel less than Caucasian people. Often times these managers make racial comments in the form of a joke to try to disguise the racism.

2

5. Plaintiff is:

   (A) __✓__ presently employed by the defendant.

   (B) _____ not presently employed by the defendant.

   The dates of employment were __9/18/17-present__.

   Employment was terminated because:

   (1) _____ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) __✓__ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) _____ other as specified below:

   _____

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Daniel Boozer - Site Manager
   Wells Fargo CEO - Charles W. Scharf
   _____
   _____
   _____
   _____

8. The alleged discrimination occurred on or about 12/10/19 & 9/20.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

The CEO Charles Scharf in September of 2020 it was released to the media that Mr. Scharf made a very negative comment about black people during an in house meeting. Stating that the reason why Wells Fargo does not have a lot of black people in management roles is because we lack the talent (This is a paraphrase of his actual comment)

Daniel Boozer on 12/10/19 made a racial comment to a team member of mine in front of everyone who was present asking this black male employee who was dressed up that day for a interview if he was going to "I see you are all dressed up today do you have to go and see your probation Officer after work.

10. The alleged illegal activity took place at: 1100 Corporate Center Dr. Raleigh NC offices

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about February 1, 2021. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 2/9/21.

4

Case 5:21-cv-00205-M    Document 1    Filed 05/05/21    Page 4 of 6

12. I seek the following relief:

   (A) _____ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) __X__ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   _5-5-21_
   Date

   _Ada Y. D~~_
   Signature of Plaintiff

   _2230 Valley Edge Dr. Unit 102_
   _Raleigh, NC 27614_
   _919.264.1762_
   Address and Phone Number of Plaintiff

Complaint Cont:

There is a supervisor who is Caucasian who would speak to a black supervisor quite frequently calling him a boy and would say that the black supervisor should call him "Daddy". It was said often and also delivered as a joke. It was disgraceful and unprofessional to hear this supervisor speak to the black supervisor in this manner. I mentioned this in my EEOC Complaint. Garrison McCormack is the black supervisor I am referring to and at this moment the Caucasian supervisors name I do not have but will be added at a later date via the complaint and summons.