UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ADA Y. DAVIS,<br>   Plaintiff,<br><br>vs.<br><br>WELLS FARGO AUTO, WELLS FARGO CEO, DANIEL BOOZER, CHARLES SCHARF, *Wells Fargo*,<br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) | **JUDGMENT**<br>**CASE NO. 5:21-CV-205-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's Order entered at Docket Entry 11 on January 5, 2022, Defendant Wells Fargo's Motion to Dismiss Plaintiff's Complaint [DE 7] is GRANTED. Plaintiff's claim against Wells Fargo is dismissed with prejudice. In addition, Plaintiff's claims against Defendants Boozer and Scharf are dismissed without prejudice

This Judgment filed and entered on January 5, 2022, and copies to:
Ada Y. Davis (via CM/ECF Electronic Notification)
Frederick T. Smith (via CM/ECF Electronic Notification)

| | |
|---|---|
| January 5, 2022 | Peter A. Moore, Jr.<br>Clerk of Court<br><br>By: /s/ Kimberly R. Waddell<br>   Deputy Clerk |

